1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KONG MENG VUE,                              Case No.  1:25-cv-1713-DAD-JDP (P)

12              Petitioner,

13         v.                                     ORDER

14    WARDEN, *et al.*,

15              Respondents.

16

17         Petitioner, an immigration detainee who is representing himself, filed a petition for a writ

18    of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has also filed a motion for appointed

19    counsel, ECF No. 2.  The court has conducted a preliminary review of the petition pursuant to

20    Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]

21         Petitioner's motion for the appointment of counsel, ECF No. 2, will be granted.  In light of

22    the complexity of the legal issues involved, the court has determined that the interests of justice

23    require the appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*,

24    718 F.2d 952, 954 (9th Cir. 1983).  Within seven days of this order, the appointing authority for

25    the Eastern District of California shall identify counsel and send counsel's contact information to

26

27         [1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a
      district court to apply any or all of the rules to other types of habeas corpus petitions including
28    § 2241 petitions.

                                               1

1  ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel

2  is not a member of the Eastern District of California Criminal Justice Act Panel, within seven

3  days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro*

4  *hac vice*.

5  　　　　In accordance with the above, IT IS HEREBY ORDERED that:

6  　　　　1.  Petitioner's request for appointment of counsel, ECF No. 2, is GRANTED.

7  　　　　2.  The Clerk of the Court shall serve a copy of this order together with a copy of

8  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the Federal

9  Defender, Attention: Habeas Appointment.

10  　　　　3.  Within seven days of this order, the appointing authority for the Eastern District of

11  California shall identify counsel and send counsel's contact information to

12  ncannarozzi@caed.uscourts.gov, and counsel will be added as counsel for petitioner.  If counsel

13  is not a member of the Eastern District of California Criminal Justice Act Panel, within seven

14  days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro*

15  *hac vice*.

16  　　　　4.  The Clerk of the Court shall serve a copy of this order together with a copy of

17  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United

18  States Attorney.

19  　　　　5.  Within seven days of petitioner's counsel appearing, the parties shall file a joint status

20  report addressing any motions the parties anticipate filing and a proposed briefing schedule for

21  such motions.

22  　　　　6.  In order to ensure this court's jurisdiction to resolve the pending § 2241 petition,

23  respondent shall not transfer petitioner to another detention center outside of this judicial district,

24  pending further order of the court.  *See* 28 U.S.C. § 1651(a) (establishing the All Writs Act which

25  empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective

26  jurisdictions. . . ."); *see also F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (emphasizing

27  that federal courts have the power to "to preserve the court's jurisdiction or maintain the status

28  quo by injunction pending review of an agency's action"); *E-C-R v. Noem*, No. 25-cv-1230-SI,

2025 WL 2300543, at *1 n.1 (D. Or. July 16, 2025) ("Courts around the country exercise their authority under the All Writs Act to maintain their jurisdiction over pending immigration matters by preserving the status quo.").

IT IS SO ORDERED.

Dated:    December 8, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3